GEORGE L. PEASE, Respondent, *v.* AARON FIELD et al., Appellants.

(Argued December 4, 1890; decided December 16, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made at the February term, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Carlisle Norwood, Jr.,* for appellants.

*James L. Bishop* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.